IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARLA LYNN SWANSON, | ) | 1:09cv01507 LJO DLB |
| | ) | |
| | ) | |
| | ) | ORDER TO SHOW CAUSE WHY |
| Plaintiff, | ) | ACTION SHOULD NOT BE DISMISSED |
| | ) | |
| vs. | ) | |
| | ) | |
| EMC MORTGAGE CORPORATION, et | ) | |
| al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On August 25, 2009, Plaintiff Marla Lynn Swanson filed the instant action against Defendants EMC Mortgage Corporation, Community Lending, Inc., Robert E. Weiss Inc., Mortgage Electronic Registration System, Inc., Brokerleon Inc. dba A-One Home Loans, Leon Turner, Jr., Shantae Michelle Curran and Does 1-10.[1]

On August 26, 2009, the Court issued summons along with civil new case documents.  The civil new case documents included an Order Setting Mandatory Scheduling Conference for December 3, 2009.

On December 3, 2009, Plaintiff failed to appear for the Mandatory Scheduling Conference. Plaintiff's counsel also failed to participate in the preparation of joint status report, unilaterally filing a

---

[1]On October 29, 2009, the Court dismissed this action with prejudice as to EMC Mortgage Corporation and Mortgage Electronic Registration Systems, Inc.

1

1   status report on November 19, 2009.  Additionally, Plaintiff's counsel reportedly has made no effort

2   to discuss this case with Defendants and participate in the process.

3           Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any she has, why the action should

4   not be dismissed for failure to appear.

5           IT IS HEREBY ORDERED by the Court that Plaintiff's counsel appear in person on

6   December 31, 2009, at 9:00 a.m. in Courtroom 9 of the above-entitled Court, located at 2500 Tulare

7   Street, Fresno, California, to show cause, if any there be, why this action should not be dismissed for

8   failure to appear.  Failure to do so will result in a recommendation that this action be dismissed for

9   failure to follow the Court's orders.

10   IT IS SO ORDERED.

11   **Dated:   December 10, 2009**          **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        2