1

2

3

4

5

6

7                   IN THE UNITED STATES DISTRICT COURT FOR THE

8                         EASTERN DISTRICT OF CALIFORNIA

9

MARLA LYNN SWANSON,                      )           1:09cv01507 LJO DLB
10                                               )
                                                 )
11                                               )           ORDER IMPOSING SANCTIONS
                   Plaintiff,                    )
12                                               )
          vs.                                    )
13                                               )
EMC MORTGAGE CORPORATION, et              )
14   al.,                                        )
                                                 )
15                                               )
                   Defendants.                   )
16   _____ )

17          On September 27, 2010, the Court granted Defendants' motion to compel and request for

18   sanctions.  Pursuant to that order, Defendants' counsel, Susan Moore, has submitted her declaration

19   setting forth the attorneys' fees and costs incurred in attending Plaintiff's deposition.  According to

20   the declaration, Ms. Moore spent .3 hours waiting for Plaintiff to appear.  At an hourly rate of $275,

21   this amounts to $82.50.  Declaration of Susan L. Moore ("Moore Dec."), ¶ 2.  Defendants also

22   incurred $240.00 in court reporter costs.  Moore Dec., ¶ 2.

23          The Court's September 27, 2010, order identified $795.00 in prior attorney time.  Adding the

24   additional amounts results in a total of $1,117.50.  The Court therefore imposes sanctions jointly

25   against Plaintiff and her counsel, Sharon Lapin, in the amount of **$1,117.50**.

26

27

28                                               1

1        Sanctions must be paid to Defendants' counsel within twenty (20) days of the date of service

2   of this order.

3        Failure to comply with this order will result in additional sanctions.

4    IT IS SO ORDERED.

5    **Dated:    October 1, 2010**                              /s/ **Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                    2