IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARLA LYNN SWANSON, | ) | 1:09cv01507 LJO DLB |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE WHY |
| | ) | SHARON LAPIN SHOULD NOT BE |
| vs. | ) | HELD IN CONTEMPT |
| | ) | |
| EMC MORTGAGE CORPORATION, et al., | ) | Date: April 8, 2011 |
| | ) | Time: 9:00 a.m. |
| | ) | Courtroom 9 |
| Defendants. | ) | |

On August 25, 2009, Plaintiff Marla Lynn Swanson ("Plaintiff") filed the instant action against Defendants EMC Mortgage Corporation, Community Lending, Inc., Robert E. Weiss Inc., Mortgage Electronic Registration System, Inc., Brokerleon Inc. dba A-One Home Loans, Leon Turner, Jr., Shantae Michelle Curran and Does 1-10.[1]

On February 4, 2011, the Court granted Sharon Lapin's motion to withdraw as Plaintiff's attorney of record. In addition to paying sanctions, the Court ordered Ms. Lapin to provide Plaintiff with her entire file, including research and copies of all e-mails and other correspondence, within 14 days of the date of service of the order. Ms. Lapin received notice of the order on February 4, 2011, through the Court's Case Management/Electronic Court Filing system.

---

[1] On October 29, 2009, the Court dismissed this action with prejudice as to EMC Mortgage Corporation and Mortgage Electronic Registration Systems, Inc.

1

On March 17, 2011, Plaintiff informed the Court that she has not received any documents from Ms. Lapin. She also indicated that her ability to secure new counsel is affected by Ms. Lapin's failure to comply with this Court's order.

Ms. Lapin has therefore failed to comply with the Court's February 4, 2011.

Accordingly, PLEASE TAKE NOTICE that on April 8, 2011, at 9:00 a.m., in Courtroom 9, Sharon Lapin is ORDERED TO SHOW CAUSE why she should not be held in contempt. Ms. Lapin must PERSONALLY APPEAR at this hearing.

IT IS SO ORDERED.

Dated:   **March 22, 2011**              /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

2