IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA LYNN SWANSON,  )<br>  )<br>       Plaintiff,  )<br>  )<br>    vs.  )<br>  )<br>EMC MORTGAGE CORPORATION, et )<br>al.,  )<br>  )<br>  )<br>       Defendants.  )<br>_____) | 1:09cv01507 LJO DLB<br><br>ORDER TO SHOW CAUSE WHY<br>SHARON LAPIN SHOULD NOT BE<br>HELD IN CONTEMPT<br><br>Date:  April 29, 2011<br>Time:  9:00 a.m.<br>Courtroom 9 |

On August 25, 2009, Plaintiff Marla Lynn Swanson ("Plaintiff") filed the instant action against Defendants EMC Mortgage Corporation, Community Lending, Inc., Robert E. Weiss Inc., Mortgage Electronic Registration System, Inc., Brokerleon Inc. dba A-One Home Loans, Leon Turner, Jr., Shantae Michelle Curran and Does 1-10.[1]

On February 4, 2011, the Court granted Sharon Lapin's motion to withdraw as Plaintiff's attorney of record.  In addition to paying sanctions, the Court ordered Ms. Lapin to provide Plaintiff with her entire file, including research and copies of all e-mails and other correspondence, within 14 days of the date of service of the order.  Ms. Lapin received notice of the order on February 4, 2011, through the Court's Case Management/Electronic Court Filing system.

---

[1] On October 29, 2009, the Court dismissed this action with prejudice as to EMC Mortgage Corporation and Mortgage Electronic Registration Systems, Inc.

1

On March 17, 2011, Plaintiff informed the Court that she has not received any documents from Ms. Lapin. She also indicated that her ability to secure new counsel is affected by Ms. Lapin's failure to comply with this Court's order.

Based on Plaintiff's report, the Court issued an Order to Show cause why Ms. Lapin should not be held in contempt on March 22, 2011. Ms. Lapin was ordered to personally appear at the April 8, 2011, hearing. Due to a clerical error, however, Ms. Lapin was not served with this order.

Accordingly the Court issues this Order to Show Cause why Ms. Lapin should not be held in contempt based on her failure to comply with the Court's February 4, 2011, Order.

PLEASE TAKE NOTICE that on April 29, 2011, at 9:00 a.m., in Courtroom 9, Sharon Lapin is ORDERED TO SHOW CAUSE why she should not be held in contempt. Ms. Lapin must PERSONALLY APPEAR at this hearing.

The Clerk of Court is DIRECTED to serve this order on Ms. Lapin (1) by mail at the Law Office of Sharon L. Lapin, 336 Bon Air Center, Suite 492, Greenbrae, California, 94904; and (2) by electronic mail at lapinlaws@juno.com.

IT IS SO ORDERED.

Dated:  **April 8, 2011**              /s/ **Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE