IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA LYNN SWANSON, ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EMC MORTGAGE CORPORATION, et ) <br> al., ) <br> ) <br> ) <br> Defendants. ) <br> _____ ) | 1:09cv01507 LJO DLB <br><br> ORDER DISCHARGING ORDER <br> TO SHOW CAUSE AND VACATING <br> APRIL 29, 2011, HEARING <br><br> (Document 73) |

On August 25, 2009, Plaintiff Marla Lynn Swanson ("Plaintiff") filed the instant action against Defendants EMC Mortgage Corporation, Community Lending, Inc., Robert E. Weiss Inc., Mortgage Electronic Registration System, Inc., Brokerleon Inc. dba A-One Home Loans, Leon Turner, Jr., Shantae Michelle Curran and Does 1-10.[1]

On February 4, 2011, the Court granted Sharon Lapin's motion to withdraw as Plaintiff's attorney of record. In addition to paying sanctions, the Court ordered Ms. Lapin to provide Plaintiff with her entire file, including research and copies of all e-mails and other correspondence, within 14

---

[1] On October 29, 2009, the Court dismissed this action with prejudice as to EMC Mortgage Corporation and Mortgage Electronic Registration Systems, Inc.

1

1 days of the date of service of the order.  Ms. Lapin received notice of the order on February 4, 2011,
2 through the Court's Case Management/Electronic Court Filing system.
3      On March 17, 2011, Plaintiff informed the Court that she has not received any documents
4 from Ms. Lapin.
5      Based on Plaintiff's report, the Court issued an order to show cause why Ms. Lapin should
6 not be held in contempt on April 8, 2011.
7      Counsel filed a response to the order to show cause on April 12, 2011.  Ms. Lapin states that
8 she has paid the sanctions and provided Plaintiff with her entire file.  Ms. Lapin states that she sent
9 Plaintiff all documents in her possession or under her control on or about September 8, 2010, and that
10 she did not generate any substantive documents after that date.
11      Though it might seem unusual that Ms. Lapin would not have produced additional
12 documentation in the prosecution of this action, her performance is not an issue before the Court.
13      The Order to Show Cause is DISCHARGED and the hearing scheduled for April 29, 2011, is
14 taken off calendar.
15      The Scheduling Conference set for May 11, 2011, at 9:00 a.m., will remain on calendar.

19 IT IS SO ORDERED.
20    Dated: **April 27, 2011**      **/s/ Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE