SUSAN L. MOORE #192164
PASCUZZI, MOORE & STOKER
ATTORNEYS AT LAW, APC
2377 W. Shaw, Suite 201
Fresno, California 93710
(559) 227-1100 Telephone
(559) 227-1290 Facsimile

Attorney for Defendants
BROKERLEON INC. dba A-ONE
HOME LOANS, LEON TURNER, JR.
and SHANTAE MICHELLE CURRAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA LYNN SWANSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EMC MORTGAGE CORPORATION; COMMUNITY LENDING, INC.; E. WEISS INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; BROKERLEON INC. dba A-ONE HOME LOANS; LEON TURNER, JR.; SHANTAE MICHELLE CURRAN and DOES 1-20 inclusive,<br><br>　　　　Defendants. | Case No. 1:09-CV-01507-LJO-DLB<br><br>ORDER OF DISMISSAL |

Pursuant to the stipulation of Plaintiff MARLA LYNN SWANSON, in pro per, and Defendants BROKERLEON INC. dba A-ONE HOME LOANS, LEON TURNER, JR., and SHANTAE MICHELLE CURRAN, by and through their attorney of record, SUSAN L. MOORE, ESQ., filed herein, Defendants BROKERLEON INC. dba A-ONE HOME LOANS, LEON TURNER, JR., and SHANTAE MICHELLE CURRAN are hereby Dismissed with Prejudice.

**ORDER**

This Court DISMISSES with prejudice plaintiff's remaining claims against defendants Brokerleon Inc. dba A-One Home Loans, Leon Turner, Jr., and Shantae Michelle Curran and directs the clerk to close this action.

IT IS SO ORDERED.

Dated:   May 24, 2011　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE